United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COSBY SIRINGI, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-03008 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| GOD IS DOPE LLC, | § | |
| Defendant. | § | |

## ORDER

Pending is a motion by Plaintiff Cosby Siringi for default judgment. Dkt 15. The proposed order is deficient as submitted and lacks the particularity needed for adoption. Dkt 15-2.

The motion for entry of default judgment is DENIED WITHOUT PREJUDICE. Dkt 15.

Plaintiff is ORDERED to refile a motion for entry of default judgment with a compliant proposed order. In doing so, he should refer to previous default judgment orders granted by this Court that are available on the public docket. For example, see *Joe Hand Promotions, LLC v Hungry House LLC, et al*, 4-22-cv-04528, Dkt 30.

Such motion must be filed by February 21, 2025. Failure to submit a compliant proposed order will result in this action being dismissed without prejudice.

SO ORDERED.

Signed on February 7, 2025, at Houston, Texas

_____
Hon. Charles Eskridge
United States District Judge