United States District Court
Southern District of Texas
**ENTERED**
February 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
**Southern District of Texas**
**Houston Division**

| | |
|---|---|
| Cosby Siringi, <br><br> Plaintiff, <br><br> v. <br><br> God is Dope, LLC, <br><br> Defendant. | Civil Action No. <br><br> 4:24-cv-3008 <br><br> Judge Charles Eskridge |

## DEFAULT JUDGMENT

Upon consideration of the Unopposed Motion by Plaintiff Cosby Siringi's for Default Judgment against Defendant God is Dope, LLC, the accompanying supporting brief thereof, the evidence, the pleadings on file, and the relevant authorities, the Court concludes that Plaintiff (a) has established that he is an aggrieved party under the Telephone Consumer Protection Act; and (b) has established that he is an aggrieved party under the Texas Business & Commerce Code. The Court further recognizes Plaintiff's election to seek statutory damages under Section 305.053(a) of the Texas Business & Commerce Code.

The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendant failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's First Amended Complaint are deemed admitted against Defendant God is Dope; and that Defendant violated the TCPA's do-not-call provisions on sixty-two separate occasions when it contacted Plaintiff via his cellular phone after Plaintiff had placed himself on the do-no call registry. It appears that Defendant's violations were knowing and intentional, thus making available treble damages under Section 305.053(c) of the Texas Business & Commerce Code, but such trebling is found to be unwarranted here.

Plaintiff shall recover damages under Section 305.053(b)(1) of the Texas Business & Commerce Code.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, as follows:

1. Judgment by default is hereby entered in favor of Plaintiff, COSBY SIRINGI, and against Defendant, GOD IS DOPE, LLC.

2. Plaintiff hereby recovers statutory damages pursuant to Section 305.053 of the Texas Business & Commerce Code from Defendant in the amount of $31,000.00.

3. Plaintiff hereby recovers full costs from Defendant in the amount of $405.00.

4. Plaintiff is also awarded post-judgment interest from Defendant on the amounts awarded herein at the applicable federal rate from the date of this judgment until paid. See 28 USC §1961.

SO ORDERED.

Signed on ____February 26, 2025____, at Houston, Texas.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE